UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE: ARCAPITA BANK B.S.C.(C)

                                                                           23-cv-02310 (LAK)

                           Reorganized Debtors.                [12 B 11076 (SHL)]
------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ARCAPITA BANK B.S.C.(C),

                                 Appellee,

-against-

BAHRAIN ISLAMIC BANK,

                                 Appellant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The memorandum decision and order of the Bankruptcy Court appealed from are affirmed, substantially for the reasons set forth in that well reasoned and thorough decision as well as this Court's prior decision (Dkt 11, at 2-3).

       The Clerk shall close the case.

       SO ORDERED.

Dated:      August 21, 2023

                                                                     Lewis A. Kaplan
                                                             United States District Judge