# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

In re: ARCAPITA BANK B.S.C.(C),

                Reorganized Debtors.

-------------------------------------------------------------X

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ARCAPITA BANK B.S.C.(C), et al.,

                Appellees,                23 **CIVIL** 2310 (LAK)

      -against-                                **<u>JUDGMENT</u>**

BAHRAIN ISLAMIC BANK,

                Appellant.

-------------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated May 18, 2023, and Order dated August 21, 2023, the Order of the Bankruptcy Court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
       August 21, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                **BY:**

                                                              **Deputy Clerk**